UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; XEROX CORPORATION, a New York corporation; and LEXMARK INTERNATIONAL, INC., a Delaware corporation,<br><br>Plaintiffs,<br>v.<br>VARKHA N. PRIMALANI, an individual; PRAKASH LAKHANI, an individual; DIRECT GLOBAL SUPPLIES, INC., a New York corporation; ZEAL EST LLC, a New Jersey limited liability company; and DOES 1-10,<br><br>Defendants. | Case No. 2:24-CV-1538<br><br>**STIPULATION AND ORDER** |

The undersigned parties through counsel have met and conferred and have agreed to extend the deadline for Defendants' answer to February 5, 2025. The requested extension is requested to facilitate the sharing of information and potential early resolution.

///

///

///

///

**STIPULATION & ORDER** - 1
No. 24-cv-1538

129645.0002/8075328.1

Dated this 7th day of January 2025.

Lowe Graham Jones PLLC

*s/Mark P. Walters*
Mark P. Walters, WSBA No. 30819
*Walters@LoweGrahamJones.com*
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
T: 206.381.3300
F: 206.381.3301

*Attorney for Defendants*

DAVIS WRIGHT TREMAINE LLP

*s/Scott Commerson*
Scott Commerson, WSBA No. 58085
*scottcommerson@dwt.com*
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
T: 213.633.6800

L. Danielle Toaltoan
*DanielleToaltoan@dwt.com*
1251 Avenue of Americas, 21st Floor
New York, NY 10020-1104865
T: 212.603.6463

*Attorneys for Plaintiffs*

**STIPULATION & ORDER** - 2
No. 24-cv-1538

129645.0002/8075328.1

**ORDER**

Having reviewed the parties' stipulation and finding GOOD CAUSE for the requested extension of time, the Court HEREBY ORDERS that Defendants shall answer or otherwise plead no later than February 5, 2025.

DATED this 7th day of January 2025.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE