UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; XEROX CORPORATION, a New York corporation; and LEXMARK INTERNATIONAL, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> VARKHA N. PRIMALANI, an individual; PRAKASH LAKHANI, an individual; DIRECT GLOBAL SUPPLIES, INC., a New York corporation; ZEAL EST LLC, a New Jersey limited liability company; and DOES 1-10, <br><br> Defendants. | No. 2:24-cv-01538-JHC <br><br> **ORDER GRANTING EXTENSION OF TIME TO COMPLETE SETTLEMENT** |

THIS MATTER came before the Court on the parties' Stipulation for an Extension of Time to Complete Settlement, Dkt. # 19, and the Court having considered the submission, and finding good cause therefore, the Court ORDERS:

That the April 27, 2026 deadline originally set by the Court (Dkt. # 18) is extended thirty (30) days to May 27, 2026.

//

//

ORDER GRANTING EXTENSION
OF TIME TO COMPLETE SETTLEMENT - 1
(2:24-cv-01538-JHC)

SO ORDERED this 24th day of April, 2026.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING EXTENSION
OF TIME TO COMPLETE SETTLEMENT - 2
(2:24-cv-01538-JHC)