UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; XEROX CORPORATION, a New York corporation; and LEXMARK INTERNATIONAL, INC., a Delaware corporation, | No. 2:24-cv-01538-JHC |
| Plaintiffs, | **ORDER GRANTING EXTENSION OF TIME TO COMPLETE SETTLEMENT** |
| v. | |
| VARKHA N. PRIMALANI, an individual; PRAKASH LAKHANI, an individual; DIRECT GLOBAL SUPPLIES, INC., a New York corporation; ZEAL EST LLC, a New Jersey limited liability company; and DOES 1-10, | |
| Defendants. | |

THIS MATTER came before the Court on the parties' Stipulation for an Extension of Time to Complete Settlement, Dkt. # 21, and the Court having considered the submission, and finding good cause therefore, the Court ORDERS:

That the May 27, 2026 deadline originally set by the Court (Dkt. 20) is extended thirty (30) days to June 26, 2026.

ORDER GRANTING EXTENSION
OF TIME TO COMPLETE SETTLEMENT - 1
(2:24-cv-01538-JHC)

D

SO ORDERED this 27th day of May, 2026.


_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING EXTENSION
OF TIME TO COMPLETE SETTLEMENT - 2
(2:24-cv-01538-JHC)

D